IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christopher Brown, et al.  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>)<br>Sherrick Davis, et al.  )<br>)<br>Defendants.  ) | Case No.: 1:23−cv−02237<br><br>Honorable Steven C. Seeger |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs submit this status report pursuant to this Court's August 25, 2023, order (Doc. No. 25), in which the Court requested an update on issues related to service of process.

Plaintiffs' claims were initially filed as part of *Protesters in Support of Black Lives v. City of Chicago*, 20-cv-6851, which included significantly more plaintiffs and defendants. Pursuant to Judge Coleman's order dated April 6, 2023 (Doc. No. 142), that matter was severed into fifteen separate cases, including this matter before the Court (Doc. No. 143). Plaintiffs properly served all Defendants in the *Protesters* litigation. Plaintiffs will file an amended complaint in the above captioned case by September 15, 2023.

On February 3, 2021, Plaintiffs' counsel provided a settlement demand on behalf of Plaintiffs and all plaintiffs in *Protesters in Support of Black Lives v. City of Chicago*, 20-cv-6851. Then, in August 2021, in response to the Defendants' request, Plaintiffs provide an updated demand. The Defendants never responded to that demand. Plaintiffs' counsel issued another updated demand on behalf of all plaintiffs on May 24, 2023. Defendants have not yet responded to the demand made on behalf of the Plaintiffs in this matter.

Respectfully submitted,

/s/ Sheila A. Bedi
Sheila A. Bedi
Community Justice and Civil Rights Clinic
Northwestern Pritzker School of Law
375 E. Chicago Ave., 8th Floor
Chicago, IL 60611
Phone: 312-503-2492
sheila.bedi@law.northwestern.edu
Counsel for the Plaintiff