# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher Brown, et al.

            Plaintiff,

v.                                              Case No.: 1:23–cv–02237
                                                Honorable Steven C. Seeger

Sherrick Davis, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 27, 2023:

        MINUTE entry before the Honorable Steven C. Seeger: Defendants' joint unopposed motion for extension of time to respond to first amended complaint and city's motion for leave to file a memorandum in excess of page limits (Dckt. No. [34]) is granted. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.